DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD EUGENE COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD EUGENE COX,<br><br>　　　　Defendant. | Case No. 1:03-cr-005017 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>Date　:  July 31, 2006<br>Time　:  9:00 a.m.<br>Dept　:  Hon. Anthony W. Ishii |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Richard E. Cox, that the date for status conference in this matter may be continued to July 31, 2006.  **The date currently set for status conference is July 3, 2006.  The requested new date is July 31, 2006.**

　　　　The reason for the requested continuance is to allow additional time for defense investigation and the resolution of related state cases in an effort to reach a negotiated settlement of this matter.

　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: June 29, 2006 | By  /s/ Sherrill A. Carvalho<br>SHERRILL A. CARVALHO<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 29, 2006 | By  /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Richard Eugene Cox |

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    June 30, 2006**             /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE