1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  RICHARD EUGENE COX

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    Case No. 1:03-cr-005017 AWI
                                       )
12              Plaintiff,             )    STIPULATION TO CONTINUE STATUS
                                       )    CONFERENCE HEARING; AND ORDER
13       v.                            )    THEREON
                                       )
14  RICHARD EUGENE COX,                )
                                       )    Date  : December 11, 2006
15              Defendant.             )    Time  : 9:00 a.m.
                                       )    Dept  : Hon. Anthony W. Ishii
16  _____   )

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18  SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.

19  KERSTEN, Assistant Federal Defender, counsel for Defendant Richard E. Cox, that the Status Conference

20  hearing scheduled in this matter for November 13, 2006 may be continued to **December 11, 2006 at 9:00**

21  **a.m.**

22       The reason for the requested continuance is to allow additional time for defense investigation and

23  the resolution of related state cases in an effort to reach a negotiated settlement of this matter.

24       The parties agree that the delay resulting from the continuance shall be excluded in the interests of

25  justice, including but not limited to, the need for the period of time set forth herein for effective defense

26  ///

27  ///

28  ///

1  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2

3                                                          McGREGOR W. SCOTT
                                                          United States Attorney

4

5  DATED:  November 9,  2006                    By  /s/ Sherrill A. Carvalho
                                                          SHERRILL A. CARVALHO
6                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

7

8

9

10                                                         DANIEL J. BRODERICK
                                                          Federal Defender

11

12  DATED: November 9, 2006                      By  /s/ Eric V. Kersten
                                                          ERIC V. KERSTEN
13                                                         Assistant Federal Defender
                                                          Attorney for Defendant
14                                                         Richard Eugene Cox

15

16

17                                  **O R D E R**

18        **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

19  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

20

21  IT IS SO ORDERED.

22  **Dated:    November 13, 2006**              /s/ Anthony W. Ishii
    0m8i78                                       UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing          2