IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:03-cr-005017 OWW |
| Plaintiff, | ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE HEARING |
| v. | |
| RICHARD EUGENE COX, | Date : December 11, 2006<br>Time : 9:00 a.m. |
| Defendant. | Dept : Hon. Anthony W. Ishii |

On November 9, 2006, the parties filed the following stipulation:

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Richard E. Cox, that the Status Conference hearing scheduled in this matter for November 13, 2006 may be continued to **December 11, 2006 at 9:00 a.m.**

    The reason for the requested continuance is to allow additional time for defense investigation and the resolution of related state cases in an effort to reach a negotiated settlement of this matter.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                   McGREGOR W. SCOTT
                                                   United States Attorney

DATED: November 9, 2006                      By  /s/ Sherrill A. Carvalho
                                                     SHERRILL A. CARVALHO
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

Stipulation to Continue Status Conference Hearing

DANIEL J. BRODERICK
Federal Defender

DATED: November 9, 2006     By /s/ Eric V. Kersten
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorney for Defendant
                              Richard Eugene Cox

**O R D E R**

In light of the above, **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 9, 2006**         /s/ Anthony W. Ishii
ciem0h                               UNITED STATES DISTRICT JUDGE