| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
|   | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | |
|   | Attorney for Defendant |
| 6 | RICHARD EUGENE COX |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:03-cr-005017 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; AND ORDER |
| v. | ) | THEREON |
| | ) | |
| RICHARD EUGENE COX, | ) | |
| | ) | Date  : February 5, 2007 |
| Defendant. | ) | Time  : 9:00 a.m. |
| | ) | Dept  : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Richard E. Cox, that the Status Conference hearing scheduled in this matter for December 11, 2006 may be continued to **February 5, 2007 at 9:00 a.m.**

The reason for the requested continuance is to allow additional time for defense investigation and the resolution of related state cases in an effort to reach a negotiated settlement of this matter.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                                McGREGOR W. SCOTT
                                                                United States Attorney

DATED: December , 2006                By  /s/ Sherrill A. Carvalho
                                                                SHERRILL A. CARVALHO
                                                                Assistant U.S. Attorney
                                                                Attorney for Plaintiff

                                                                DANIEL J. BRODERICK
                                                                Federal Defender

DATED: December 6, 2006              By  /s/ Eric V. Kersten
                                                                ERIC V. KERSTEN
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                               Richard Eugene Cox

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   December 8, 2006**                        /s/ Anthony W. Ishii
0m8i78                                                 UNITED STATES DISTRICT JUDGE